# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | **SEALED** |
|---|---|---|
| v. | ) | |
| JUAN MANUEL BERRELLEZA LEYVA | ) | Case No. 3:24-mj-00011 |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 21, 2024 in the county of Clackamas in the _____ District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), 841(b)(1)(A), and 846 | Possession with the intent to distribute 500 grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance; Possession with the intent to distribute one kilogram or more of a mixture and substance containing heroin, a Schedule I controlled substance; and, Conspiracy to Distribute and Possess with the Intent to Distribute 500 grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance, and one kilogram or more of of a mixture and substance containing heroin, a Schedule I controlled substance. |

This criminal complaint is based on these facts:

See attached affidavit of Homeland Security Investigation (HSI) Special Agent Nathan Bresee.

☑ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

Nathan Bresee, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 5:26 a.m./p.m.

Date: 01/22/2024

/s/ Stacie Beckerman
*Judge's signature*

City and state: Portland, Oregon

Hon. Stacie F. Beckerman, U.S. Magistrate Judge
*Printed name and title*